NO. SCPW-10-0000018

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner,

vs.

DISTRICT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CIVIL NOS. 1SS09-1-0267, 1SS09-1-0268, 1SS09-1-0269,
1SS09-1-0470, and 1SS09-1-0471)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.
and Circuit Judge Garibaldi, assigned by reason of vacancy)

Upon consideration of petitioner Michael C. Tierney's petition for a writ of mandamus, it appears that petitioner fails to demonstrate a clear and indisputable right to relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, November 3, 2010.

/s/  Mark E. Recktenwald

/s/  Paula A. Nakayama

/s/  Simeon R. Acoba, Jr.

/s/  James E. Duffy, Jr.

/s/  Colette Y. Garibaldi

